# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-2618

_____

Louise Weaver,                                *
                                              *
            Appellant,                        *
                                              *   Appeal from the United States
      v.                                      *   District Court for the
                                              *   Eastern District of Missouri.
United States Postal Service; John E.         *
Potter,[1] CEO, Postmaster General,           *        [UNPUBLISHED]
                                              *
            Appellees.                        *

_____

Submitted: November 15, 2002
Filed:  November 18, 2002

_____

Before McMILLIAN, FAGG, and BOWMAN, Circuit Judges.

_____

PER CURIAM.

Louise Weaver appeals the District Court's[2] adverse grant of summary judgment in her employment-discrimination action. Having carefully reviewed the record, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we affirm.

_____

[1]John E. Potter has been appointed to serve as Postmaster General, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

[2]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

Weaver, who is African American, filed suit against the Postmaster General, claiming race and sex discrimination, disparate treatment, and a hostile work environment based on allegedly unwarranted disciplinary actions taken against her.

We agree with the District Court that Weaver failed to establish the existence of a genuine issue for trial as to any of her claims. See Fed. R. Civ. P. 56(e) (adverse party's response must show existence of triable issue); Habib v. NationsBank, 279 F.3d 563, 566 (8th Cir. 2001) (holding plaintiff failed to make out prima facie case of discrimination based on circumstantial evidence); Palesch v. Missouri Comm'n on Human Rights, 233 F.3d 560, 566-68 (8th Cir. 2000) (affirming summary judgment against plaintiff's hostile work environment and disparate treatment claims).

Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.